WHITE, KLINE & COMPANY *v.* BURNETT.

LEWIS, J. 1. Where a petition for certiorari alleged that a justice's court erred in making a specified decision, and the magistrate's answer, which upon a traverse thereto was sustained, distinctly averred that no such decision was made, the assignment of error fell to the ground.

2. A justice's court has no power, because of error in the rendition of a judgment, to set it aside and grant a new trial; and even if it had, the motion for a new trial in the present case was too vague and uncertain to be regarded as meritorious.          *Judgment affirmed. All the Justices concurring.*

Submitted March 2, — Decided March 28, 1901.

Motion for rehearing denied April 10, 1901.

Certiorari. Before Judge Lumpkin. Fulton superior court. June 25, 1900.

*George W. Brooks* and *Shepard Bryan*, for plaintiffs.